UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

---

GPC/O'NEILL & ASSOCIATES.,

    Plaintiff,

v.

EC MONEY FUND, LTD..; and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown,

    Defendants.

---

Civil Action No.:

04  12172 REK

MAGISTRATE JUDGE Bowler

**COMPLAINT**

RECEIPT # 59311
AMOUNT $ 60
SUMMONS ISSUED ✓
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. JWM
DATE 10/15/04

Plaintiff GPC/O'NEILL & ASSOCIATES ("GPC"), by way of Complaint against Defendants EC MONEY FUND, LTD, ("EC") and John Does (1-10), representing various individuals and entities whose names are presently unknown, (collectively "Defendants"), alleges as follows:

### NATURE OF CASE

1. GPC sues Defendants for unpaid charges for services provided by GPC to Defendants pursuant to express and/or implied contracts between GPC and Defendants (the "Contracts").

### PARTIES

2. GPC is a corporation organized and existing under the laws of the State of Delaware and maintains a principal place of business in Boston, Massachusetts.

3. On information and belief, EC is a corporation organized under the laws of the country of Panama with its principal place of business in Panama City, Panama.

12459/814
08/12/04 1592170.01

4. On information and belief, John Does (1-10) are affiliated with Defendant EC and have received and/or utilized GPC's services and/or are responsible in whole or in part for payment of the amounts claimed by GPC herein.

## JURISDICTION

5. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, as the matter in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000, and is between a citizen of a State and a citizen or subject of a foreign state.

## VENUE

6. Venue is proper in the Eastern District of Massachusetts pursuant to 28 U.S.C. § 1391, because the defendant is an alien and the contract between the parties applies Massachusetts law.

## FIRST COUNT
### (Breach of Contract)

7. GPC repeats and reiterates the allegations contained in the foregoing paragraphs as if set forth fully herein.

8. At all times relevant to this action and pursuant to the Contracts, Defendants agreed to pay GPC for services provided by GPC. The Contracts make Defendants responsible for the payment of all invoices for services rendered to Defendants as well as all other associated charges.

9. GPC provided Defendants with services.

10. GPC billed Defendants $77,093.61 (the "Amount") in accordance with the applicable rates and charges set forth in the Contracts for services provided from in or about November 2000 through about August 2001 relative to account numbers 100063.

-3-

11.     Defendants were obligated to pay GPC for rendered to Defendants, from GPC, as well as other applicable charges.

12.     Defendants have failed and refused to pay the Amount owed to GPC. The amount remains due and owing from Defendants.

**WHEREFORE,** GPC demands judgment against Defendants on the First Count of the Complaint:

(1)     in the amount of $77,093.61 plus pre-judgment and post-judgment interest;

(2)     awarding costs and disbursements incurred by GPC in prosecuting this action, including reasonable attorneys' fees; and

(3)     for such other and further relief as the Court deems just and proper.

## SECOND COUNT
### (Book Account)

13.     GPC repeats and reiterates the allegations contained in the foregoing paragraphs as if set forth fully herein.

14.     There is due from Defendants the Amount on a certain book account for services rendered to Defendants, from GPC. Payment has been demanded and has not been made.

**WHEREFORE,** GPC demands judgment against Defendants on the Second Count of the Complaint:

(1)     in the amount of $77,093.61 plus pre-judgment and post-judgment interest;

(2)     awarding costs and disbursements incurred by GPC in prosecuting this action, including reasonable attorneys' fees; and

(3)     for such other and further relief as the Court deems just and proper.

## THIRD COUNT
### (Promissory Estoppel)

15. GPC repeats and reiterates the allegations contained in the foregoing paragraphs as if set forth fully herein.

16. GPC sues Defendants for services rendered to Defendants, on the promise by Defendants to pay the Amount. Payment has been demanded and has not been made.

**WHEREFORE,** GPC demands judgment against Defendants on the Third Count of the Complaint:

(1)     in the amount of $77,093.61 plus pre-judgment and post-judgment interest;

(2)     awarding costs and disbursements incurred by GPC in prosecuting this action, including reasonable attorneys' fees; and

(3)     for such other and further relief as the Court deems just and proper.

## FOURTH COUNT
### (Quantum Merit and Unjust Enrichment)

17. GPC repeats and reiterates the allegations contained in the foregoing paragraphs as if set forth fully herein.

18. GPC rendered to Defendants services valued at $77,093.61.

19. GPC sues Defendants for the reasonable value of services rendered to Defendants, from GPC. Payment has been demanded and has not been made.

20. Defendants have thus been unjustly enriched in the amount of $77,093.61, and GPC is entitled to be compensated for the benefit it has conferred on Defendants.

**WHEREFORE,** GPC demands judgment against Defendants on the Fourth Count of the Complaint:

(1)     in the amount of $77,093.61 plus pre-judgment and post-judgment interest;

-5-

(2)     awarding costs and disbursements incurred by GPC in prosecuting this action, including reasonable attorneys' fees; and

(3)     for such other and further relief as the Court deems just and proper.

Dated: October \_\_, 2004

KIELY & VISNICK

By: _____
Kevin J. Kiely, Esq. (Bar No. \_\_\_\_)
11 School Street
Rockport, MA 019966
978.546.2525
978.546.9756 Telecopier

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

04-12172 REK

| | |
|---|---|
| GPC/O'NEILL & ASSOCIATES., <br><br> Plaintiff, <br><br> v. <br><br> EC MONEY FUND, LTD..; and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown, <br><br> Defendants. | Civil Action No.: <br><br> FRCP 7.1 CORPORATE DISCLOSURE STATEMENT |

Pursuant to Local Rule 7.1 of the United States District Court for the Eastern District of Massachusetts, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff GPC/O'NEILL & ASSOCIATES ("GPC"), (aprivate non-governmental party) certifies that the following are corprorate parents.

Omnicom Group, Inc.

437 Madison Avenue

New York, NY 10022

Dated: October 12, 2004

KIELY & VISNICK

By:_____
Kevin J. Kiely, Esq. MA Bar No. 542043
11 School Street
Rockport, MA 01966
978.546.2525
978.546.9756 Telecopier

12459/814
08/12/04 1592170.01

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GPC/O'NEILL & ASSOCIATES., <br><br> Plaintiff, <br><br> v. <br><br> EC MONEY FUND, LTD..; and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown, <br><br> Defendants. | 04-12172-REK <br><br> FRCP 7.1 CORPORATE DISCLOSURE STATEMENT |

Pursuant to Local Rule 7.1 of the United States District Court for the Eastern District of Massachusetts, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff GPC/O'NEILL & ASSOCIATES ("GPC"), (aprivate non-governmental party) certifies that the following are corprorate parents.

Omnicom Group, Inc.

437 Madison Avenue

New York, NY 10022

Dated: October 14, 2004

KIELY & VISNICK

By: _____
Kevin J. Kiely, Esq. MA Bar No. 542043
11 School Street
Rockport, MA 019966
978.546.2525
978.546.9756 Telecopier

12459/814
08/12/04 1592170.01