UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

CIVIL ACTION NO. 04-12172-REK

2005 JAN 27  P 2: 02

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| GPC INTERNATIONAL/O'NEILL AND ASSOCIATES, INC., )<br>Plaintiff )<br>)<br>v. )<br>)<br>EC MONEY FUND, LTD. and JOHN DOES (1-10), )<br>Defendants. ) | |

## VOLUNTARY DISMISSAL

NOW COMES THE PLAINTIFF in the above-captioned matter and hereby voluntarily dismisses E.C. Money Fund, Ltd. without prejudice and without costs.

By its attorney,

_____
Kevin J. Kiely, Esq.
KIELY & VISNICK
11 School Street
Rockport, MA 01966
BBO#542043

gpcvol